UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARISSE MOORE,<br><br>       Plaintiff,<br><br>-against-<br><br>SCENIC PRODUCTIONS; TERRI DUFFIE; INGRID JONES; BRIAN A. TEMPLE, M.D.; RYANNE DUFFIE SAUCIER; GEORGE PHILLIPS HRH; BRENDA CECILIA DURNAS HILL; TARA ROSEANNE DUFFIE; DANIEL SAUCIER.,<br><br>       Defendants. | 24 **CIVIL** 5413 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 30, 2024
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
               Chief United States District Judge